UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                             No. 06-20185

vs.                                    District Judge Victoria A. Roberts

                                        Magistrate Judge R. Steven Whalen

ROY CHRISTOPHER WEST,

      Defendant.

_____/

**ORDER DENYING MOTION FOR DETENTION HEARING**

Before the Court is Defendant Roy West's Motion for Detention Hearing in the Court Having Original Jurisdiction [Docket #33]. For the reasons and under the terms stated on the record on May 11, 2006, said motion is DENIED.

SO ORDERED.

                                        S/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 12, 2006.

                                        S/Gina Wilson
                                        Judicial Assistant