**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

                    **Plaintiff(s),**          **CASE NUMBER: 06-20185
                                               HONORABLE VICTORIA A. ROBERTS**

**v.**

**ROY CHRISTOPHER WEST, MARCUS
LAMONT FREEMAN, MICHAEL ELDREN
BRACEY, ALVINO DEWIGHT CORNELIUS,
and ALSEDDRICK DEWUNN WEST,**

                    **Defendant(s).**

_____/

**ORDER**

        This matter is before the Court on Defendants Roy Christopher West, Michael

Eldren Bracey, Alvino Dewight Cornelius, and Alseddrick Dewunn Wests' (collectively

"Defendants") request for access to pertinent audio evidence obtained through

discovery.  Counsel for Defendants informed the Court that it is difficult to get this

evidence to their clients in the Milan Correctional Institution.

        The administration at the Milan Correctional Institution must allow defense

counsel to give their clients MP3 players containing this evidence.

        **IT IS ORDERED.**

                                        S/Victoria A. Roberts_____
                                        Victoria A. Roberts
                                        United States District Judge

Dated:  May 16, 2008

1

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 16, 2008.

s/Carol A. Pinegar
Deputy Clerk