UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,        Cr. No. 06-20185

v.

                                HONORABLE VICTORIA A. ROBERTS

MICHAEL ELDREN BRACEY,

                Defendant.
_____/

**STIPULATION AND ORDER EXTENDING THE
TIME TO FILE A MOTION TO SUPPRESS WIRE TAP EVIDENCE**

**UPON THE STATEMENT OF COUNSEL** for Defendant Bracey that they need additional time to file a Motion to Suppress Wire Tap Evidence because they've been preparing for trial in Cr. No. 07-20606, J. Edmunds;

**IT IS HEREBY STIPULATED** between the parties and their respective counsel that the date for filing a Motion to Suppress Wire Tap Evidence be extended from July 18, 2008, to August 1, 2008; and that the government's reply shall be extended from September 18, 2008 to October 2, 2008;

**IT IS FURTHER STIPULATED** that the period between July 18, 2008, and August 1, 2008, is excludable delay under the Speedy Trial Act. Title 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

| | |
|---|---|
| s/ Elizabeth Stafford (w/consent) | s/ Leroy T. Soles |
| Assistant U.S. Attorney | Attorney for Defendant Bracey |
| 211 W. Fort, Suite 2300 | 613 Abbott St., 5th Floor |
| Detroit, MI 48226 | Detroit, MI 48226 |
| E-mail:elizabeth.stafford@usdoj.gov | E-mail: leroy_soles@fd.org |

Dated: July 23, 2008

This matter having come before the Court upon the Stipulation of the parties;

**IT IS HEREBY ORDERED** that Defendant Bracey's Motion to Suppress Wire Tap Evidence shall be extended from July 18, 2008 to August 1, 2008; and the government's reply shall be extended from September 18, 2008 to October 1, 2008.

**IT IS FURTHER ORDERED** that the period of delay between July 18, 2008 to August 1, 2008 is excludable delay under the Speedy Trial Act. Title 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

**SO ORDERED.**

        S/Victoria A. Roberts
        **HONORABLE VICTORIA A. ROBERTS**
        United States District Court Judge

Entered: July 23, 2008