IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO:06-20185 |
| | ) | HON. VICTORIA A. ROBERTS |
| D-1 ROY WEST | ) | |
| Defendant. | ) | |

## CONCURRENCE OF DEFENDANT ROY WEST IN CO-DEFENDANT MICHAEL ELDEN BRACEY'S MOTION AND RESPONSE

Defendant, Roy West, through his attorneys, Byron H. Pitts and Keith Spielfogel, respectfully requests this court to accept his concurrence in the following documents filed by co-defendant MICHAEL ELDREN BRACEY:

1. Motion to Suppress Wire Tap Evidence ( Doc 165 );

2. Response to government's Motion in Limine to Exclude Evidence of Leonard Day's Criminal History ( Doc 164).

Respectfully submitted,
s/Keith Spielfogel ( IL 2689537)
s/ Byron H. Pitts ( P59079 )

Keith Spielfogel
190 S. LaSalle St.
Suite 520
Chicago, Il  60603
(312) 236-6021
spielfogel@sbcglobal.net

Byron H. Pitts
645 Griswold Street, Suite 3650
Detroit, MI 48226
(313) 964-7222
bpittslaw@sbcglobal.net

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | **CASE NO:06-20185** |
| | ) | **HON. VICTORIA A. ROBERTS** |
| **D-1 ROY WEST** | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OR SERVICE**

    I hereby certify that on the 6th day of August, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Craig A. Daly, Allison Folmar, Jennifer Herndon, Richard Kammen, Michael C. Leibson, Richard J. O'Neill, Byron H. Pitts, Michael O. Sheehan, Leroy Soles, and Elizabeth A. Stafford.

                                                               <u>s/Keith Spielfogel</u>
                                                                190 S. LaSalle Street
                                                                Suite 520
                                                                Chicago, Illinois 60603
                                                                (312) 236-6021
                                                                spielfogel@sbcglobal.net
                                                                IL 2689537