MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),                Case Number:  06-20185

v.                                          Honorable Victoria A. Roberts

D-1 ROY WEST,                         Magistrate Judge Virginia M. Morgan
D-5 ALSEDDRICK WEST,

        Defendant(s),
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

        IT IS ORDERED that this matter is referred to United States Magistrate Judge Virginia M. Morgan for the following purpose(s):

■ Hearing and Determination pursuant to (28 USC 636 (B)(1)(A)) on: Defendant Roy West's Motion for a Hearing or for a Written Proffer on Admissibility of co-Conspirators' Statements Under FRE 801(d) [Doc 118] filed 7/10/08;

Defendant Alseddrick West's Motion for Pretrial Disclosure and Hearing as to the Admissibility of co-Conspirator Statements Pursuant to Rule 801(d)(2)(E) [Doc 147] filed 7/18/08

DATED:   8/28/08                            S/Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon Keith Spielfogel, Byron H. Pitts, John F. Royal, Jennifer Herndon, Magistrate  on the above date by electronic filing.

                                                                S/Carol A. Pinegar
                                                                Deputy Clerk