UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

v.                                                          Case No: 06-20185
                                                            Honorable Victoria A. Roberts

ROY WEST,

      Defendant/Petitioner.

_____/

## ORDER GRANTING WEST'S MOTION FOR LEAVE TO AMEND (DOC. #814)

Petitioner filed a "Memorandum Brief in Support of Motion for Leave to Amend 28 U.S.C. § 2255 Motion to Vacate Set-Aside or Correct Sentence." (Doc. #814)  The Court construes this memorandum as a supplement to Petitioner's Motion to Vacate Sentence Under 28 U.S.C. §2255 (Doc. #804).  The issue is fully briefed and disposed of in the Court's Order Denying Petitioner's Motion to Vacate Sentence Under 28 U.S.C. § 2255.

The Court **GRANTS** Petitioners Motion for Leave to Amend.

**IT IS ORDERED**.

                              /s/ Victoria A. Roberts
                            Victoria A. Roberts
                            United States District Judge

Dated:  January 13, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 13, 2017.

s/Linda Vertriest
Deputy Clerk