

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

-vs-

File No. **06-20185**

Honorable **Victoria A. Roberts**

**ROY WEST**,

    Defendant.

| JESSICA V. CURRIE (P74213)<br>Assistant U.S. Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>Phone: (313) 226-9531<br>Email: jessica.currie@usdoj.gov | ROY WEST, INMATE #09408-003<br>In Pro Per<br>FCI Milan<br>Federal Correctional Institution<br>P.O. Box 1000<br>Milan, Michigan 48160 |
|---|---|

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Defendant, ROY WEST, in Pro Per, hereby appeals the Correction Order: (1) Granting Government's Motion to Transfer West's Amended Motion for Relief from Judgment Under Rule 60(b), (d) [ECF No. 985] and Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 [ECF No. 986] to the Sixth Circuit [ECF No. 990]; (2) Construing West's Amended Motion For Relief from Judgment [ECF No. 985] and Amended Petition for Writ of Habeas Corpus [ECF No. 986] as Second or Successive §2255 Motions; and (3) Transferring West's Amended Motion For Relief from Judgment [ECF No. 985] and Amended Petition for Writ of Habeas Corpus [ECF No. 986] to the Sixth Circuit,

entered by the Honorable Victoria A. Roberts, Judge of the U.S. District Court for the Eastern District of Michigan, Southern Division on August 30, 2023.

Respectfully submitted,

*[signature]*

**ROY WEST, INMATE #09408-003**
In Pro Per
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, Michigan 48160

Dated: 9-8-23

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-

    File No. **06-20185**

**ROY WEST,**

    Honorable **Victoria A. Roberts**

    Defendant.

___

## CERTIFICATE OF SERVICE

I, **ROY WEST**, hereby certify that on the 8th day of **September, 2023**, I filed a **Notice of Appeal** with the Clerk of the Court, U.S. District Court, Eastern District of Michigan, Southern Division, 231 W. Lafayette Blvd., Detroit, Michigan 48226, and served a copy of same upon the following: **Hon. Victoria A. Roberts and AUSA Jessica V. Currie**, via U.S. Postal Service.

Respectfully submitted,

**ROY WEST, INMATE #09408-003**
In Pro Per
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, Michigan 48160

Dated: 9-8-23

September, _8_ . 2023

Clerk of the Court
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Clerk,

   Please find enclosed the Notice of Appeal in USA v Roy West, 06-20185, to be filed with the court. I ask that the court waives all filing fees do to me filing forma pauperis. I am a indigent petitioner, proceeding in forma pauperis without the assistance of counsel.

Sincerely,

Roy West

