UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

File No. **06-cr-20185**-1

-vs-

Honorable **Matthew F. Leitman**

**D1, ROY CHRISTOPHER WEST**,

    Defendant.

| **JESSICA V. CURRIE (P74213)** | **CRAIG A. DALY P.C. (P27539)** |
|---|---|
| Assistant U.S. Attorney | Attorney for Defendant Roy West |
| 211 W. Fort Street, Suite 2001 | P.O. Box 720 |
| Detroit, Michigan 48226 | Royal Oak, Michigan 48068 |
| Phone: (313) 226-9531 | Phone: (248) 439-0132 |
| Email: jessica.currie@usdoj.gov | Email: 4bestdefense@sbcglobal.net |

**ORDER SEALING DEFENDANT'S SEALED
EX PARTE MOTION FOR APPOINTMENT OF COUNSEL**

This matter being duly before the Court upon ex parte motion of defense counsel:

**IT IS HEREBY ORDERED** that Defendant's Sealed Ex Parte Motion for Appointment of Counsel and Defendant's Financial Affidavit are hereby placed under seal until further order of the Court.

                                                 s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: January 2, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 2, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
